UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CERTAIN UNDERWRITERS AT
LLOYD'S OF LONDON subscribing to
policy number GLX0843-01**

    **Plaintiff,**

v.                                      **Case No. 8:18-cv-2550-WFJ-AAS**

**PHARMATECH LLC, et al.,**

    **Defendants.**
_____/

## ORDER

On June 28, 2022, the court ordered the parties to file a joint notice updating the court on the status of the parties' proposed scheduling order in the pending Texas state court case, including what impact the parties believed the proposed scheduling order would have on the remaining claim in this case and whether the parties would intend to file a motion to stay pending resolution of the Texas state court case. (Doc. 460). The parties filed the joint notice on July 15, 2022, stating they expected the scheduling order to be "entered promptly." (Doc. 461). The joint notice also stated Defendant Melissa Geralds would file a motion to abate this action pending resolution of the Texas state court case and Defendant Virtus Pharmaceuticals would oppose Ms. Geralds' motion (of note, Virtus did not appear at the June 28th status

1

conference). (*Id.*).

No motion to abate this action has been filed and the court does not know the status of the Texas case's scheduling order. Thus, the parties are **ORDERED** to file a status report by **August 31, 2022** on what actions the parties intend to take and whether a motion to abate this action pending resolution of the Texas state court case will be filed.

**ORDERED** in Tampa, Florida, on August 17, 2022.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2