IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON,<br><br>Plaintiff,<br><br>v.<br><br>PHARMATECH, LLC; et al,<br><br>Defendants. | Case No. 8:18-cv-02550-WFJ-AAS |

## ORDER

The remaining parties in this Interpleader action, Defendant Melissa Geralds and Defendant Virtus Pharmaceuticals, LLC, filed their Joint Stipulation to Resolve and Dismiss All Remaining Claims (Doc. 478) and requested that the remaining funds in interpleader be disbursed. The motion is **GRANTED**, and the Clerk of Court is **DIRECTED** to distribute the interpleader funds as follows:

1. $718,750.00, plus all interest accrued on the remaining funds in interpleader, made payable to Defendant, Melissa Geralds, c/o Law Offices of William J. Dunleavy, 2435 N. Central Expressway, 12th Floor, Richardson, Texas 75080.

**ORDERED** in Tampa, Florida on this 21th day of March 2025.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

*Order* – Solo Page